

# DIAZ & MOSKOWITZ, PLLC
Attorneys at Law

**John A. Diaz, Esq.**           johnadiazlaw@gmail.com           www.dmlaw.com

| Garden City Office: | | New York Office: |
|---|---|---|
| 1225 Franklin Avenue | | 225 Broadway |
| Suite 325 | | Suite 715 |
| Garden City, NY 11530 | | New York, NY 10007 |
| (516) 686-6444 | | (212) 227-8208 |
| (516) 686-6444 (Fax) | | Fax (212) 566-8165 |

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: July 13, 2021

July 7, 2021

**VIA ECF & FASCIMILE**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: *United States v. Naquan Chandler,*
           18 Cr. 364 (PGG)

Dear Judge Gardephe:

  I represent Naquan Chandler, the defendant in the above-referenced matter. On April 3, 2019, this Court sentenced Mr. Chandler to six months' imprisonment and three years of supervised release. The purpose of this letter is to respectfully request that the Court issue an order releasing Mr. Chandler's passport, which is currently in the possession of the Pre-Trial Services Department. Counsel has spoken to the Government regarding this request and the Government consents. Counsel has also spoken to Pre-Trial Services who has informed counsel that they do not take a position regarding this request, however, would need a Court Order to release the passport. Accordingly, it is respectfully requested that the Court issue an order directing the release of Mr. Chandler's passport.

  The Court's time and attention to this matter are greatly appreciated.

                Respectfully submitted,

                /s/

                John A. Diaz, Esq.

cc: AUSA Mollie Bracewell
   AUSA Kyle Wirshba
   Chief P.S.O. Scott Kowal
   (*via ECF and Email*)